

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00302-CR

Christopher Lee **POWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR0452
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to replace $9,750.00 with $290.00 as court costs. As modified, the trial court's judgment is AFFIRMED.

SIGNED October 1, 2025.

_____
Adrian A. Spears II, Justice